# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
        against
____Richard Gutkowski____

(Alias) _____

_____

              Please PRINT Clearly
```

__S1 11 Cr. 614__
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

                                    *arraignment only*
    1. [ ] CJA     2. [X] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF
                                                ADMISSION. MO._____ YR. _10_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __New York__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
Nov. 30, 2010

SIGNATURE _Michael Rawlinson_
PRINT THE FOLLOWING INFORMATION CLEARLY

_Michael Rawlinson_
Attorney for Defendant

_____
Firm name if any

_80 Broad St_
Street address

_N.Y._____  _NY_____  _10004_
City        State      Zip

_(212) 509-3456_
Telephone No

[Stamp: USDC ... NOV 30 2011]

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186