IH-14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
         against
    Richard Gutkowski

(Alias) _____

_____

              Please PRINT Clearly
```

S1 11 Cr. 614
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA   2. [X] RETAINED   *arraignment only*   3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _____ YR. 10

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE New York STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
Nov. 30, 2010

SIGNATURE _Michael Rawlinson_
PRINT THE FOLLOWING INFORMATION CLEARLY
Michael Rawlinson
Attorney for Defendant

Firm name if any _____
80 Broad St
Street address
N.Y.            NY         10004
City           State        Zip
(212) 509-3456
Telephone No

[Stamp: USDC / NOV 30 2011]

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186