USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/12

**DAVID K. BERTAN**

ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE IN

BRONX, NEW YORK 10451

(718) 742-1688

FAX (718) 585-8640

E-MAIL: DBERTAN@YAHOO.COM

March 5, 2012

Via Fax (212) 805-6382

Hon. Victor Marrero, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Richard Gutkowski
               Docket No. S1 11 CR 614 (VM)

Dear Judge Marrero:

      In furtherance of my request earlier this afternoon, and after consultation with AUSA Daniel Chung, I note that Mr. Gutkowski's request is a 'one-time' request; once he has completed his 30-day probationary period by the end of this month, he will be able to attend future court conferences.

                                          Very truly yours,

                                          David K. Bertan

DKB

cc:    AUSA Daniel Chung (via e-mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant.

**SO ORDERED.**

3-6-12

DATE          VICTOR MARRERO, U.S.D.J.