USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/12

**DAVID K. BERTAN**

ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE IN
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

June 22, 2012

Via Fax (212) 805-6382

Hon. Victor Marrero, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Trucchio, et. al.
               Docket No. S1 11 CR 614 (VM)
               Defendant Richard Gutkowski

Dear Judge Marrero:

      I represent Mr. Gutkowski in the above matter; I was assigned pursuant to the Criminal Justice Act on January 20, 2012. As part of my representation under the Criminal Justice Act, I obtained a copy of the discovery, on 64 discs, from the Dupe Coop.

      My client has requested a copy of the discovery so that he can review it himself. I am willing to duplicate the discs in my office, and am requesting that this Court authorize the purchase of two 1terabyte portable disc drives so that I can provide all discovery materials to my client. The 1TB disc drives cost $139.99 apiece at Staples.

                                 Very truly yours,

                                   David K. Bertan

DKB
cc:    AUSA Daniel Chung (via e-mail)

> Request GRANTED. Defendant Richard Gutkowski is authorized to expend funds for the purchase of the discs described above and to seek reimbursement from CJA funds in the amount indicated.
>
> SO ORDERED.
>
> 6-22-12
> DATE        VICTOR MARRERO, U.S.D.J.